IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re: <br> THE MORTGAGE STORE, INC., <br><br> Debtor. <br> _____ <br><br> DANE S. FIELD, Bankruptcy Trustee, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. <br> _____ | CIVIL NO. 14-00064 DKW-KSC <br><br> U.S. Bankruptcy Court-Hawaii <br> Case No. 10-03454 <br><br> Adversary Proceeding #: 12-90066 <br><br> **ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL** |

**ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**

On June 17, 2014, United States Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial, in which Judge Faris recommended that the district court withdraw the reference for this adversary proceeding for the purpose of scheduling a date for a jury trial. Judge Faris also recommended that the district court leave the proceeding in the bankruptcy court for all other purposes until sixty days prior to the trial date to facilitate prompt resolution of this matter

and to allow the bankruptcy court to set meaningful deadlines for the completion of all pretrial matters.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial is adopted as the opinion and order of this Court.

The Magistrate Judge shall issue a Scheduling Order setting a trial date and deadlines for trial-related submissions. Judge Faris shall retain jurisdiction for all other purposes until sixty days prior to the trial date to facilitate prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

IT IS SO ORDERED.

DATED: June 19, 2014 at Honolulu, Hawai'i.

Derrick K. Watson
United States District Judge

---

*In re: The Mortgage Store, Inc., Debtor/Dane S. Field v. Wells Fargo;* Civil No. 14-00064 DKW-KSC; **ORDER ADOPTING THE RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**