IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | CIVIL NO. 14-00064 DKW-KSC |
| THE MORTGAGE STORE, INC., | ) | |
| | ) | U.S. Bankruptcy Court-Hawaii Case No. 10-03454 |
| Debtor | ) | Chapter 7 |
| | ) | Adversary Proceeding #: 12-90066 |
| _____ | ) | |
| DANE S. FIELD, Bankruptcy | ) | |
| Trustee of the Mortgage Store, | ) | ORDER ADOPTING |
| | ) | BANKRUPTCY JUDGE'S |
| Plaintiff, | ) | FURTHER RECOMMENDATION |
| | ) | TO DISTRICT COURT |
| vs. | ) | REGARDING WITHDRAWAL OF |
| | ) | REFERENCE FOR JURY TRIAL |
| WELLS FARGO BANK, N.A., | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER ADOPTING BANKRUPTCY JUDGE'S FURTHER
RECOMMENDATION TO DISTRICT COURT REGARDING
WITHDRAWAL OF REFERENCE FOR JURY TRIAL**

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C.

§ 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the

//

//

"Further Recommendation to District Court Regarding Withdrawal of Reference for Jury Trial" are adopted as the opinion and order of this Court.

Dated: March 10, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*In Re: the Mortgage Store, Inc/Dane S. Field v. Wells Fargo;* CV No. 14-00064 DKW-KSC; **ORDER ADOPTING THE FURTHER RECOMMENDATION TO DISTRICT COURT REGARDING WITHDRAWAL OF REFERENCE FOR JURY TRIAL**